JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| VIRGIL STANLEY, et al.,<br><br>  Plaintiff,<br><br>  v.<br><br>BELLFLOWER UNIFIED SCHOOL DISTRICT, et al.,<br><br>  Defendants. | Case No. CV 21-05054 VAP (AGRx)<br><br>**ORDER OF DISMISSAL** |

   The Court having been advised by counsel for the parties that the above-entitled action has settled,

   IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

   THE COURT will retain jurisdiction for a period of ninety (90) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: May 5, 2022

_____
VIRGINIA A. PHILLIPS
United States District Judge